Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ORLANDO PAUL BARGAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ORLANDO PAUL BARGAS,<br><br>             Plaintiff,<br>     v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation, and KAYED ASFOUR, individually and in his official capacity,<br><br>             Defendants. | Case No. 5:17-CV-00606-LHK-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, ORLANDO PAUL BARGAS, by and through his attorney Fred W. Schwinn of Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, ORLANDO PAUL BARGAS, hereby dismisses, with prejudice, all claims made by him against all Defendants in his Complaint filed herein on February 6, 2017.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

                                                                CONSUMER LAW CENTER, INC.

Dated:  June 21, 2017                            By: /s/ Fred W. Schwinn
                                                                      Fred W. Schwinn, Esq.
                                                                      Attorney for Plaintiff
                                                                      ORLANDO PAUL BARGAS